

**FILED**
4/30/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIFF MILLER, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No.: 1:20-cv-01107 (UNA) |
| NORTH CHICAGO POLICE DEPT., *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This matter is before the court on its initial review of petitioner's *pro se* petition for writ of habeas corpus and application for leave to proceed *in forma pauperis*. Petitioner is a federal prisoner currently designated to the Hazleton United States Penitentiary, located in Bruceton Mills, West Virginia. Per the petition, he was convicted before the United States District Court for the Northern District of Illinois.

Petitioner challenges his conviction and sentencing, alleging a myriad of constitutional violations. He seeks to vacate his conviction and requests immediate release. To the extent that a remedy is available to petitioner, his claim must be addressed to the sentencing court in a motion under 28 U.S.C. § 2255. *See Taylor v. U.S. Bd. of Parole*, 194 F.2d 882, 883 (D.C. Cir. 1952); *Ojo v. Immigration & Naturalization Serv.*, 106 F.3d 680, 683 (5th Cir. 1997). Section 2255 provides that:

> [a] prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

28 U.S.C. § 2255(a).

      Therefore, petitioner has no recourse in this court, and the petition will be dismissed. *Id.* A separate order accompanies this memorandum opinion.

                                                                                    /s/\
                                                AMY BERMAN JACKSON\
                                                United States District Judge

Date: April 30, 2020